M.D., a minor by and through his guardian ad litem, S.D.; S.D.; L.D., Plaintiffs–Appellants,

v.

OFFICE OF ADMINISTRATIVE HEARINGS, a state agency, Defendant,

and

Saddleback Valley Unified School District, Defendant–Appellee.

No. 07–56827.

United States Court of Appeals, Ninth Circuit.

Filed May 12, 2009.

Bonnie Z. Yates, Esq., Law Offices of Bonnie Z. Yates, Inc., Culver City, CA, for Plaintiffs–Appellants.

S. Dan Harbottle, Esq., Rutan & Tucker, LLP, Costa Mesa, CA, for Defendant–Appellee.

Before: PREGERSON and THOMPSON, Circuit Judges, and FOGEL,\* District Judge.

MEMORANDUM \*\*

M.D. appeals the district court's denial of his partial summary judgment motion. We affirm.

We review the district court's summary judgment order de novo. *Regula v. Delta Family–Care Disability Survivorship Plan,* 266 F.3d 1130, 1138 (9th Cir.2001). Neither 20 U.S.C. § 1415 nor CAL.CODE REGS. tit. 5, § 3087 required, nor was there an agreement between the parties, that the Office of Administrative Hearings ("OAH") incorporate the terms of a settlement pursuant to 20 U.S.C. § 1415(i)(3)(D)(i) into its order of dismissal.

AFFIRMED.

---

\* The Honorable Jeremy D. Fogel, United States District Judge for \* \* the Northern District of California, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.